## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MELANIE LOUDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:16-cv-00522-WCO |
| | ) |
| NAVIENT SOLUTIONS, INC. *f/k/a* | ) |
| SALLIE MAE, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT

Plaintiff, MELANIE LOUDER, ("Plaintiff"), through her attorney, Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

August 3, 2016            By: /s/ Shireen Hormozdi
                               Shireen Hormozdi
                               SBN: 366987
                               Hormozdi Law Firm, LLC
                               1770 Indian Trail Lilburn Road, Suite 175
                               Norcross, GA 30093
                               Tel: 678-395-7795
                               Fax: 866-929-2434
                               shireen@agrusslawfirm.com
                               shireen@norcrosslawfirm.com
                               Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On August 3, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Taylor Haywood, at taylor.haywood@akerman.com.